# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   **Plaintiff,**

v.

THOMAS NAROG, GHANDI JABER,
AMAD ALMASRI, NADIA ALMASRI,
MUTASEM AL-SALHI, RAED NASER ALDIN,
NABIL AQUIL, NIZAR FNEICHE,
MOTLAQ JABER, TEREK ZAKI ABU-LAWI,
RABAH EL HADDAD and MOHAMMED SAMHAN,

_____/



## ORDER SETTING TELEPHONE CONFERENCE
## ON MOTIONS TO CONTINUE

  **THIS CAUSE** is before the court upon the defendants' motions to continue. Upon consideration, it is,

  **ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a telephone conference on the motions to continue on **Tuesday, October 2nd, 2001,** at 8:45 a.m. at the U. S. Courthouse, Courtroom 5, West Palm Beach, Florida.

2. The courtroom deputy (Mr. Caldwell) will make arrangements for the conference call. Counsel are required to contact the courtroom deputy on Monday, October 1st, 2001, at (561) 803-3452 to verify their telephone number.

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA
v.
THOMAS NAROG, et al.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this $\underline{28}$ day of

September, 2001.

_____
Daniel T. K. Hurley
United States District Judge

copy furnished:
AUSA Thomas O'Malley
Fred Haddad, Esq.
Richard Hammar, Esq.
Glenn Seiden, Esq.
Francis W. Blankner, Sr., Esq.
Richard Docobo, Esq.
Charles G. White, Esq.
Paul Goodman, Esq.
Timothy Biasiello
John R. Howes, Esq.
F. Wesley Blanker, Jr., Esq.
Maria R. Hamar, Esq.

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage